IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Dorothy D. Walker
Plaintiff,

vs.

Love's Travel Center
Defendant(s)

Civil Action No. 1:17-CV-298-WS-M

## COMPLAINT

1. Plaintiff resides at 214 8th Ave. Chickasaw, AL. 36611

2. Name(s) of defendant(s) Love's Travel Center

3. Location of principal office(s) of the named defendant(s) 10601 North Pennsylvania Oklahoma City, OK 73120

4. Nature of business of defendant(s) Travel Center / Truck Stop Fueling Center

5. Approximate number of individuals employed by defendant(s) 50 +

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below: Failure to provide a safe and secure work environment. We worked overnight in a predominately black neighborhood the presence of that tattoo could have caused numerous amount of problems

7. Plaintiff is:

(A) \_\_\_\_ Presently employed by the defendant.

(B) ✓ Not presently employed by the defendant.

The dates of employment were  Oct. 2014 - Feb. 2015

(1) \_\_\_\_ Plaintiff was discharged.

(2) \_\_\_\_ Plaintiff was laid off.

(3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

(A) ✓ Race   \_\_\_\_ Sex

✓ Color   \_\_\_\_ National Origin

\_\_\_\_ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) \_\_\_\_ ~~Physical~~ disability

✓ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

(C) \_\_\_\_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Stephanie Morales -cashier- White, Danielle Matson -manager- White, Chris Adams -GM- White

10. The alleged discrimination occurred on or about  Janurary 2015

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:

Ms. Morales was revealing a confederate flag tattoo with the words rebel girl underneath. When I asked management to please have her keep it covered, she (Ms. Morales) asked my did I have a problem with it. When I told Ms. Matoon (manager) about this she stated the the flag was coming back and she didn't understand my problem

12. The alleged illegal activity took place at Love's Travel Center located in Prichard, Al. 36610

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about Feb. 2015

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on March 31, 2017

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 06/29/2017

Signature of Plaintiff

214 8th Ave.
Chickasaw, Al. 36611
Address of Plaintiff

(251) 513-5219
Telephone Number of Plaintiff

EEOC Form 161 (11/16)  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dorothy Walker<br>2148 Avenue<br>Chickasaw, AL 36611 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2016-00524 | JOHN J. BYRD, Investigator | (251) 690-2409 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Erika LaCour_  3-31-17

Enclosures(s)

Erika LaCour,
Local Office Director

(Date Mailed)

cc: **Karen Wiley**
**EEO Administration Manager**
**LOVES TRAVEL CENTER**
**10601 North Pennsylvania**
**Oklahoma City, OK 73120**